**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEC DEVON KREIDER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 13-3330** |
| | : | |
| **VINCENT MOONEY, et al.** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 10th day of October, 2013, upon careful and independent

consideration of the petition for a writ of habeas corpus (Doc. No. 1),[1] and after review of

the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey

(Doc. No. 9),[2] IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is stayed until the conclusion of

the state appellate proceedings; and

3. Petitioner and respondents shall notify the court within thirty (30) days

of the conclusion of the state proceedings so that the habeas petition may

proceed in this court.

The Clerk of the Court is directed to place this case in suspense pending the outcome of

---

[1] Petitioner's letters dated 8/31/13 and 7/27/13 (Docs. No. 7 and 8) were also considered in my review.
[2] Respondents filed no objections to this Report and Recommendation.

state appellate proceedings.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.